# EXHIBIT A

U.S. Department of Homeland Security

# Warrant for Arrest of Alien

FINS #:

File No.  A███████████

Event No:███████████

Date: November 22, 2020

**To any officer delegated authority pursuant to Section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

J███ A██████ L████ L█████
_____
(Full name of alien)

an alien who entered the United States at or near _____ EL PASO, TEXAS _____ on
                                                              (Port)

November 21, 2020 _____ is within the country in violation of the immigration laws and is
_____
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_____
(Signature of Designated Immigration Officer)

CARLOS HERRERA
_____
(Print name of Designated Immigration Officer)

ACTING PATROL AGENT IN CHARGE
_____
(Title)

---

## Certificate of Service

Served by me at _____ EL PASO, TEXAS _____ on November 22, 2020 at 12:14 AM .

I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

JOHN CARRERA
_____
(Signature of officer serving warrant)

BORDER PATROL AGENT
_____
(Title of officer serving warrant)

Form I-200 (Rev  08/01/07) N