# EXHIBIT E

## DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: J█████ A███████ I██-I████            A-File Number: A██████████

Date: 11/22/2020

Event ID: ██████████        Subject ID: ████████        FIN:

---

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☒ Detained by the Department of Homeland Security.

☐ Released (check all that apply):

☐ Under bond in the amount of $ _____

☐ On your own recognizance.

☐ Under other conditions. [Additional document(s) will be provided.]

CARLOS HERRERA _____        11/22/2020 0207
Name and Signature of Authorized Officer                Date and Time of Custody Determination

ACTING PATROL AGENT IN CHARGE            El Paso, Texas
Title                                Office Location/Address

---

You may request a review of this custody determination by an immigration judge.

☒ I acknowledge receipt of this notification, and

☒ I **do** request an immigration judge review of this custody determination.

☐ I **do not** request an immigration judge review of this custody determination.

**REFUSED TO SIGN**                        11/22/2020
Signature of Alien                            Date

---

The contents of this notice were read to J████ A██████ I███L in the **SPANISH** language.
(Name of Alien)                    (Name of Language)

CARRERA, JOHN _____
Name and Signature of Officer                Name or Number of Interpreter (if applicable)

BORDER PATROL AGENT
Title

DHS Form I-286 (1/14)