# EXHIBIT E

Being filed separately under seal