# EXHIBIT G



## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## BOSTON IMMIGRATION COURT

Respondent Name:

L███-L███, D██████E████

To:

Barrales, Talia
98 N. Washington Street
Suite B5
Boston, MA 02114

A-Number:

███████

Riders:

████████L███-L██, J███████A████

In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
12/26/2023

## ORDER OF THE IMMIGRATION JUDGE

☒ Respondent ☐ the Department of Homeland Security has filed a motion to terminate these proceedings, and the non-moving party was accorded notice and an opportunity to respond. The motion is ☐ opposed ☒ unopposed.

After considering the facts and circumstances, the immigration court orders that the motion to terminate is ☒ granted ☐ with ☒ without prejudice ☐ denied because:

☐   The Department of Homeland Security ☐ met ☐ did not meet its burden of proving by clear and convincing evidence that Respondent is removable as charged. 8 C.F.R. § 1240.8(a).

☐   Respondent ☐ met ☐ did not meet the burden of proving that Respondent is clearly and beyond a doubt entitled to admission to the United States and is not inadmissible as charged. 8 C.F.R. § 1240.8(b)-(c).

☐   Other.

☒   Further analysis/explanation:

Both respondents are the beneficiaries of an approved special immigrant juvenile petition. This will allow USCIS to adjudicate the applications for adjustment of status in keeping with Matter of Coronado Acevedo, 28 I & N Dec 648 (A.G. 2022.)

Immigration Judge: O'Sullivan, Maureen  12/26/2023

Appeal:  Department of Homeland Security:  ☐ waived  ☐ reserved
         Respondent:                        ☐ waived  ☐ reserved

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [  ] Noncitizen | [  ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : L▬▬-▬▬, D▬▬ ▬▬     A-Number : ▬▬

Riders:

▬▬ L▬▬-▬▬, J▬▬ A▬▬

Date:  01/02/2024  By:  RL, Court Staff