# EXHIBIT I



# YOUR SOCIAL SECURITY CARD

**ADULTS:** Sign this card in ink immediately.
**CHILDREN:** Do not sign until age 18 or your first job, whichever is earlier.

Keep your card in a safe place to prevent loss or theft.
**DO NOT CARRY THIS CARD WITH YOU.**
Do not laminate.

**CARD**

...t allow others to use your number
...t or stolen. Protect both your card

...t record (if you are entitled) if your
...changes. You will need to file an
...your identity, and we may request

...your employer uses the same name
...can record your earnings correctly.
...ping purposes. Such use is neither
...umber by such an organization for
...Private organizations cannot get
...r number.

...whether giving it is mandatory or
...used.

...Security card will be marked "NOT
...als if you use the number to work.
...ork, your Social Security card will
...ON." If you show this card to an
...v your U.S. immigration document

...ome disabled, reach retirement age

...ocialsecurity.gov.

**SOCIAL SECURITY**

VALID FOR WORK ONLY
WITH DHS AUTHORIZATION
-2081

THIS NUMBER HAS BEEN ESTABLISHED FOR

SIGNATURE
USA    09/27/2022