I, J      A      L   L      declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      This declaration is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I was born on                2008 in Cañar, Chontamarca, Ecuador. I am 17 years old. Spanish is my first language, but I also understand and speak some English.

3.      My father, L    A    L    L    has sole legal custody of me. I call him papa.

4.      I have been granted Special Immigrant Juvenile Status and Deferred Action, and I have an Employment Authorization Document that allows me to work legally in the U.S.

5.      I came to the United States around November 2020 when I was 12 years old. I came with my older brother Dennis Efrain, who is about two years older than me.

**Prior Release to Live with Father**

6.      When I entered the United States in 2020, I was sent with my brother to an immigration shelter for children in Texas. I stayed there for about two weeks, then I was transferred to a shelter in another state for about one week. In December 2020, I was released to live with my papa in Medway, Massachusetts. When my papa came to bring my brother and me to Massachusetts, I felt so happy to be with him. I was crying with happiness.

7.      I lived in Medway, Massachusetts with my papa from 2020 until ICE agents detained me and my brother in August 2025. My older brother, Dennis, little sister, Mercy, my aunt, and her three children also lived with us. Dennis and I shared a room. It is a nice home, and we were a very happy family until ICE agents took me and my brother.

8.      My papa is a responsible parent and has always taken really good care of me. For the last five years, he has made sure that I have everything I need. He provides all of my food and clothing, takes me to the doctor when I'm sick, and takes our family on outings. My papa makes sure that I always go to school and study hard. He hopes that I will go to college one day. I love to play sports so my papa enrolled me in a gym so I can work out to be strong and healthy. In Medway, we live in a good, safe neighborhood where I loved going outside to play soccer and basketball or to the park.

9.      When I lived with my papa, I went to Medway High School. I had just completed 10th grade in June 2025 before I was taken away by immigration. I should be a junior this year. School was

amazing and I really miss it. I was a good student and my attendance was excellent. I never missed a day unless I was sick. I like to work hard, so my grades were As and Bs. My favorite class in school was English; I like to practice my English, and I want to learn to write better. I also love all of the sports we played in PE class. In 8th and 9th grade, I played on the soccer team. I had been hoping to join the basketball team this year and was practicing this summer so I could make the team.

10.     I feel sad when I think about school. I miss my teachers and my friends. I haven't had any contact with my friends; they don't even know where I am. My papa spoke to the school about what happened to me, and they said they miss me and want me to come back. I wish I could be back at school and playing basketball. My dream is to go to college and play sports.

**Arrest and Detention by ICE**

11.     This past summer, I went with my brother Dennis to stay with my uncle in Buffalo, New York. My uncle owns a construction business and Dennis recently graduated high school, so he was working for my uncle this summer. Both my brother and I have Employment Authorization Documents (EADs), but I wasn't working. Most days when my brother and uncle went to work, I stayed around the house and played, practiced my basketball, or watched tv because it was summer vacation.

12.     On August 3, 2025, my brother, a friend, and I were in my brother's car in Buffalo, New York when two police officers approached our car. They asked my brother for his driver's license so he gave them his license. They then asked to see all of our papers. My brother and I showed our EADs (I showed a photo of my EAD on my phone) and my friend, who is an American citizen, showed his U.S. Passport. The officers took our EADs and Passport back to their police car to check them, then returned and said that we could go.

13.     A little while later, we began driving away when the same police officers pulled us over a little further down the street. This time they asked for my driver's license even though I was not driving. I explained that I only have a driver's permit and my EAD. The police officers took all of our papers again and went back to their police car. After about 20 minutes, two cars pulled up with ICE officers.

14.    The ICE officers had us get out of our car and patted down our bodies. They looked at my EAD, my brother's EAD, and my friend's U.S. passport, and used a special camera to check that we were really the people in the photos. They said they were going to take all of us to the ICE station to fingerprint us and that if everything was clear, we could go home. They handcuffed my brother and me, and put us in one ICE car. They did not handcuff my friend and drove him in the other ICE car to the ICE station. I was so scared that I was shaking, and my skin felt prickly. I had never experienced anything like this before.

15.    When we arrived at the ICE station, they patted us down again, removed the handcuffs, and took our photos and fingerprints. My brother, friend, and I were seated together at one table while they questioned us and checked our documents again. There were about 7 agents around us in the room while we were questioned. Each officer had a gun on their hip. I was so scared, I couldn't even move my body. We were told to remain seated and answer their questions, and we were not allowed to take our phones out or call anyone. I did not feel free to leave at any time. They did not tell us that we could speak with a lawyer or not answer their questions. They did not bring an interpreter to question us. They spoke to us in both English and Spanish; some of the officers spoke a little bit of Spanish but they were not able to speak it well.

16.    My brother and I explained again that we have EADs and the ICE officer who seemed like he was the boss and in charge, said we were lying and that our documents were fake. When another officer said he had checked our documents again and that they were legit, the boss officer said to mark them down as fake anyway. I explained that my brother and I have social security numbers, Special Immigrant Juvenile Status, and that our immigration cases were closed, and the officer said in a mocking way, something like, "Well that's good." When one officer asked me if I wanted to continue going to school and I replied yes, the boss told him to write down that I had said "No." They did not realize that I understand a lot of English, so I knew the boss was telling the other officers to write down the opposite of what I had said.

17.    For hours, they asked us question after question. I was so scared and was just answering the questions they asked in shock. They used very foul language and swore at us. I felt very intimidated. They told my brother and me that we were going to be deported, and they told my friend that if his

sister didn't come to pick him up, they would deport him too. When my friend told them that he is a U.S. citizen and can't be deported, they laughed and said they had already deported two Americans.

18.     One officer told us to give him the address for our family in Ecuador. He said that America was going to give us $2,000. I told them I wasn't interested in anybody's money because my papa takes care of everything I need, but I felt pressured and scared so I gave him the address of my grandparents in Ecuador.

19.     At some point, the officers slammed some papers down on the table in front of my brother and me, gave us a pen and told us to sign the papers. When they did this, there were 3 officers standing around me, very close to me. The papers were written in English, and they did not explain what the papers said or why I was signing them. I was shaking and was so scared that I could not even speak properly. I had no idea what the papers said, but I didn't think I had a choice to say no, so I signed the papers.

20.     After my brother and I signed, the officers shook each other's hands like they were congratulating each other. It was very scary. They then told me to take my phone out of my pocket and call my father to tell him that I was being deported to Ecuador and that I was never going to see him again.

21.     After my brother and I spoke with my papa, other ICE officers came and put my brother in cuffs and chains around his ankles and took him away. I cried and begged them to please let me go with my brother. I didn't want to be separated from him, but they said because I was a minor, I was going to a shelter.

22.     I spent that night in the station. I slept in a cell with a thin metallic blanket. The next day, two officers came to take me to Texas. I felt confused and scared because Texas was very far away and I didn't know what would happen there. The officers said I would be more comfortable because I wouldn't be surrounded by "low-lives." I remember on the flight to Texas, I looked out of the window and cried. I couldn't say goodbye to my friends, or to my family, or to anyone. I felt like I was never going to see any of them again, and to leave without saying goodbye to my teachers, made me feel horrible.

**Detention by ORR**

23.    I arrived at the shelter in Texas around 6:00 am on August 5th. I was told that I was going to stay there for a couple of weeks then would be sent back to Ecuador. I couldn't understand what was happening. When my case manager explained that I had signed papers at the ICE station agreeing to return to Ecuador, I finally understood, and I was really scared and upset. I told her that I hadn't understood what I was signing and that the ICE officers had made me sign the papers. I said I wanted to fight my case and go home to my father in Massachusetts.

24.    They again offered me $2,000 to return to Ecuador, but again, I said no. I can't return to Ecuador—it's not a safe place. I worry about my brother and what might happen to him. There are a lot of gangs; they rob, kidnap, and kill people.

25.    After I told my case manager that I didn't want to be returned to Ecuador and that I felt forced into signing the voluntary return papers, the shelter began the process for me to be released to my father.

26.    I was held at the Texas shelter for over two months and then on October 9th, I was sent to the shelter in Mystic, Connecticut. I have now been held at the Mystic shelter for over two months. In October, I turned 17 while living here.

27.    Before I left Texas, I learned that my brother was deported to Ecuador. The day I found out, I cried and I stopped eating, exercising, or doing anything. I felt all of our dreams were lost. I've never been separated from my brother. We grew up together and had always dreamed of being big together. My brother studied hard and graduated from high school, and we had the same goal of going to college, of learning and growing together. Now, this feels like everything we have worked for is lost and this is the end.

28.    Being detained has been really hard. Back in 2020 when I was detained after I crossed the border, I was able to reunite with my papa in a few weeks. But this time, I have been in detention for 4 and ½ months, and I feel like I'm never going to get out of here. It has been such a long time and I didn't do anything wrong. No one has told me how long it will take until I am released to my father. I have only seen one other kid leave the shelter in Connecticut, and he was sent to an ORR foster home.

29.    I don't understand why they have not let me go back to my papa. He has done everything that the government has asked him to do. I don't know why they are holding me so long.

30.    I have been in custody for over 136 days. In Texas, the shelter that I lived in was a small house with four bedrooms and one main room. We were not allowed to leave the small house unless the staff took us outside. We were escorted every day to the school building and anywhere else.

31.    Here in Mystic, the shelter is also a small house. The other kids and I spend all day in three main rooms: our bedrooms, the living room, and a dining room. On weekdays, we have class in the dining room, where we also eat our meals. I can only go outside when I'm accompanied by the shelter staff.

32.    I am very upset to be missing school. The classes here are not like my school in Massachusetts. In Texas, we stayed in one room for our lessons and the lessons were so easy that I was teaching English to the other kids. Here at the Connecticut shelter, the classes feel more like a distraction. They teach us some math or some science but it is not the same as regular school. We sit at a dining room table, all of the children – ages 13, 15, 16, 17 – everyone gets the same lesson and we are all learning the same thing from one teacher. Several of the kids do not speak any English and have never been in the U.S. before.

33.    This year I was supposed to be a junior, and I have missed half of the school year already. If I were at my high school this year, I would have learned more English and would be taking many subjects with different teachers in harder subjects to prepare me for college. Last year, I was studying subjects like geometry, biology, and history, and now I am behind on my education. And even though I should be a junior, no one at either shelter has helped me think about preparing to apply to college. I was also taking piano and art at Medway High School, but I can't do either here. I miss seeing and talking with my friends. They don't even know where I am; for them, I just disappeared.

34.    There are also lots of rules in custody. In Texas, I could only call my papa for a few minutes, a few times per week. Here in Connecticut, we have a routine every day. For example, we all have to take a shower around 5:00 pm. On Saturdays, we just sit around; there is nothing to do. Sometimes we play on a tablet for a few minutes, but I am an active person and I like to exercise

and go outside to play sports. In Massachusetts, I had a routine: I would go to the gym and I would play basketball. I am not allowed to leave the shelter unless the workers take me out. The staff is cool but they are sometimes busy and can't take us outside. I am trying to keep up my exercises inside the house by doing pushups and stretching; I don't let myself go.

35.    I miss my papa and I often feel really sad. I miss living with my family and spending time with them. I miss our home and going to church together every Sunday. I feel happy when my papa and little sister are able to come visit me.

36.    I feel trapped living in the shelter. I can't leave on my own, and everywhere I go, I am always accompanied by a worker. I feel like I'm a delinquent, always being accompanied, like I am being punished, but I don't think I did anything wrong. I'm so young, it's hard not feeling free. And every day is the same routine, it can be so boring. I feel anxious all of the time being here. I have a hard time sleeping and eating because I'm so anxious and upset being separated from my family.

37.    Some days, I feel so sad and lonely. I get overwhelmed with feelings and memories about my brother. When I think about my brother I get upset. I think a lot about what life would have been like if this had not happened to us. I miss Dennis so much. It was horrible the way he was taken away and now he is gone.

38.    The worst part is not knowing when I am going to be able to leave. Sometimes I have hope and sometimes I lose it. I'm forgetting a lot of things because I'm spending way too much time here—like my friends' names, my teachers, all of the things that I wanted to do in the future.

39.    If I am released, I would return to school and I would spend all the time I could with my family. I want to graduate high school and go to college. I want to grow up, I want to be somebody better, and I believe that I have a future here. If I am released, I would be so happy. I would cry of happiness to know that I am going to go home.

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is true and correct.

Executed on this 16th day of December 2025

_J   A   L   L_

## Certificate of Interpretation

I, Andrea Reagan, do hereby state and declare, under pains and penalties of perjury, that I am competent in the English and Spanish languages, that I have read the foregoing affidavit to Mr. Jhinson Alexander Lema Loja in its entirety in Spanish, a language in which he is competent, and that Mr. Jhinson Alexander Lema Loja attested to its veracity prior to signing.

Andrea Reagan

12/16/2025
Date