**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| J.A.L.L., a Minor by his next friend, L.A.L.L., *Plaintiff-Petitioner*, v. David WESLING, in his official capacity as Director of the Boston Field Office; Todd LYONS, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Robert F. KENNEDY, JR. in his official capacity as Secretary of Health and Human Services; Angie SALAZAR, in her official capacity as Acting Director of the Office of Refugee Resettlement; Alex ADAMS, in his official capacity as Assistant Secretary of the Administration for Children and Families; Regina MOLLER, in her official capacity as Executive Director of Noank Community Support Services; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; U.S. Department of Health and Human Services; U.S. Office of Refugee Resettlement; Administration for Children and Families; Noank Community Support Services. *Defendant-Respondents*. | Civil Action No. 3:25cv2125 ( ) |

**PLAINTIFF-PETITONER'S MOTION FOR**
**<u>PRELIMINARY INJUNCTION</u>**

Pursuant to Fed. R. Civ. P. 65(b), the Plaintiff-Petitioner moves for a preliminary injunction directing the Defendant-Respondents to release from their custody forthwith J.A.L.L., 17, and to place him in the custody of his father, Luis Antonio Lema Lala.

As detailed in the accompanying memorandum and in the Plaintiff-Petitioner's Complaint

for Injunctive and Declaratory Relief and Petition for Writ of Habeas Corpus (Dkt. No. 1), on August 3, 2025, the United States Department of Homeland Security ("DHS") unlawfully arrested and detained J.A.L.L.. The Defendant-Respondents have continued to confine J.A.L.L. against his will through the date of this filing. The Defendant-Respondents' ongoing violation of J.A.L.L.'s constitutional and statutory rights constitute immediate and irreparable harm. Further, each day J.A.L.L. remains in the Defendant-Respondents' custody, he continues to suffer profound psychological and emotional damage.

WHEREFORE, the Plaintiff-Petitioner respectfully requests that the Court issue a preliminary injunction ordering the Defendant-Respondents to release J.A.L.L. from their custody forthwith and to place him into the custody of his father, Luis Antonio Lema Lala.

Respectfully submitted,

By: */s/ Christopher M. Mattei*
Christopher M. Mattei (CT 27500)
Renee Mihail (pro hac vice forthcoming)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
cmattei@koskoff.com
rmihail@koskoff.com
*Attorneys for the Plaintiff-Petitioner*

*/s/ Martha Stone*
Martha Stone (CT00080)
Sabrina Tavi (*pro hac vice* forthcoming)
CENTER FOR CHILDREN'S ADVOCACY
65 Elizabeth Street
Hartford, CT 06105
(860) 570-5300
stavi@cca-ct.org
mstone@cca-ct.org
*Attorneys for Plaintiff-Petitioner*

**CERTIFICATE OF SERVICE**

I, Christopher M. Mattei, counsel of record for the plaintiff-petitioner, do hereby certify that on the above-captioned date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Christopher M. Mattei*
CHRISTOPHER M. MATTEI