UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| J.A.L.L., a Minor by his next friend, L.A.L.L., <br><br> *Plaintiff-Petitoner*, <br><br> v. <br><br> David WESLING, in his official capacity as Director of the Boston Field Office; Todd LYONS, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Robert F. KENNEDY, JR. in his official capacity as Secretary of Health and Human Services; Angie SALAZAR, in her official capacity as Acting Director of the Office of Refugee Resettlement; Alex ADAMS, in his official capacity as Assistant Secretary of the Administration for Children and Families; Regina MOLLER, in her official capacity as Executive Director of Noank Community Support Services; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; U.S. Department of Health and Human Services; U.S. Office of Refugee Resettlement; Administration for Children and Families; Noank Community Support Services. <br><br> *Defendant-Respondents*. | Civil Action No. 3:25cv2125 (VDO) |

**PLAINTIFF-PETITONER'S NOTICE OF RELEASE FROM CUSTODY**

In accordance with the Court's oral order during the status conference held on December 23, 2025, undersigned counsel advises the Court that, at approximately 2:20 p.m. today, Defendant-Respondents the Office of Refugee Resettlement ("ORR") and Noank Community Support Services released J.A.L.L. from their custody and placed him in the custody of his father. The transfer of custody occurred at the facility where J.A.L.L. has been housed. J.A.L.L. and his

1

father are returning home to Massachusetts where they will celebrate the Christmas holiday together with family.

          Respectfully submitted,

By: */s/ Christopher M. Mattei*
   Christopher M. Mattei (CT 27500)
   Renee Mihail (*pro hac vice* forthcoming)
   KOSKOFF, KOSKOFF & BIEDER, PC
   350 Fairfield Ave., Suite 501
   Bridgeport, CT 06604
   Tel: (203) 336-4421
   Fax: (203) 368-3244
   cmattei@koskoff.com
   rmihail@koskoff.com
   *Attorneys for the Plaintiff-Petitioner*

   */s/ Martha Stone*
   Martha Stone (CT00080)
   Sabrina Tavi (*pro hac vice* forthcoming)
   CENTER FOR CHILDREN'S ADVOCACY
   65 Elizabeth Street
   Hartford, CT 06105
   (860) 570-5300
   stavi@cca-ct.org
   mstone@cca-ct.org
   *Attorneys for Plaintiff-Petitioner*

## **CERTIFICATE OF SERVICE**

      I, Christopher M. Mattei, counsel of record for the plaintiff-petitioner, do hereby certify that on the above-captioned date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/ Christopher M. Mattei*
                                            CHRISTOPHER M. MATTEI