**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| J.A.L.L. a Minor, by his next friend, L.A.L.L., | Case No. 3:25-cv-2125 |
| *Plaintiff-Petitioner*, | |
| v. | |
| David WESLING, in his official capacity as Director of the Boston Field Office, ET AL. | |
| *Defendant-Respondents*. | January 23, 2026 |

## PLAINTIFF-PETITIONER'S NOTICE OF STATUS OF LITIGATION

Pursuant to the Court's order, dated December 23, 2025 (Dkt. No. 19), undersigned counsel advises the Court that the parties have conferred concerning this matter. On December 23, 2025, J.A.L.L. was released from the Government's custody and placed in the custody of his father. In light of J.A.L.L.'s release, the plaintiff-petitioner does not intend to seek further relief from this Court at this time. As a result, pursuant to Fed. R. Civ. P. 41, the parties intend to seek dismissal no later than January 30, 2026.

/s/ Christopher M. Mattei
Christopher M. Mattei (CT 27500)
Renee Mihail (*pro hac vice forthcoming*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
cmattei@koskoff.com
rmihail@koskoff.com
*Attorneys for the Plaintiff-Petitioner*

/s/ Martha Stone
Sabrina Tavi (*pro hac vice forthcoming*)

1

CENTER FOR CHILDREN'S ADVOCACY
65 Elizabeth Street
Hartford, CT 06105
(860) 570-5300
mstone@cca-ct.org
stavi@cca-ct.org
*Attorneys for Plaintiff-Petitioner*

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher M. Mattei, counsel of record for the Plaintiff-Petitioner, do hereby certify that on the above-captioned date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Christopher M. Mattei
CHRISTOPHER M. MATTEI